<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1497**

_____

CATHERINE DENISE RANDOLPH,

              Plaintiff - Appellant,

      v.

US ATTORNEY OF MARYLAND, Rod Rosenstein, et al; UNKNOWN
DEFENDANTS,

              Defendants - Appellees.

_____

**No. 15-1786**

_____

CATHERINE DENISE RANDOLPH,

              Plaintiff - Appellant,

      v.

LORETTA LYNCH, US Attorney General - Respondents et al
defendants: Melvin Bright,

              Defendants - Appellees.

_____

Appeals from the United States District Court for the District
of Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge. (1:15-cv-01137-JFM; 1:15-cv-02005-JFM )

_____

Submitted: August 27, 2015        Decided: August 31, 2015

_____

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Catherine Denise Randolph, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Catherine Denise Randolph appeals the district court's orders dismissing her complaints for failing to state a claim. See 28 U.S.C. § 1915(e) (2012). We have reviewed the records and find no reversible error. Accordingly, we dismiss the appeals for the reasons stated by the district court. Randolph v. US Attorney of Md., No. 1:15-cv-01137-JFM (D. Md. filed Apr. 30, 2015; entered May 1, 2015); Randolph v. Lynch, No. 1:15-cv-02005-JFM (D. Md. July 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED